In the Matter of the Accounting of JONATHAN M. COOLIDGE et al., as Executors of GEORGE W. LEE, Deceased.

SARAH J. SNYDER et al., Appellants; HENRY A. HOWARD, as Administrator of NANCY HOLLAND, Deceased, Respondent.

*Matter of Coolidge*, 85 App. Div. 295, affirmed.
(Argued December 7, 1903; decided January 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 3, 1903, which affirmed a decree of the Warren County Surrogate's Court settling the accounts of Jonathan M. Coolidge and Louis M. Brown, as executors of George W. Lee, deceased.

*Edward M. Angell* for appellants.

*C. H. Sturges* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Absent: HAIGHT, J.